

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00300-CV

| | | |
|---|---|---|
| MCR OIL TOOLS, LLC, Appellant | § | On Appeal from the 236th District Court |
| V. | § | of Tarrant County (236-293104-17) |
| | § | June 13, 2024 |
| HALLIBURTON ENERGY SERVICES, INC., Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that MCR Oil Tools, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth